

United States District Court
Eastern District of California

| GREENWICH INSURANCE COMPANY |
| :--- |

  Plaintiff(s)

V.

Case Number:   2:21-CV-01021-MCE-CKD

| LEAH L. HAYNES fka LEAH DUNIGAN, et al. |
| :--- |

  Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Adam C. Cox_____hereby applies for permission to appear and participate as
counsel in the above entitled action on behalf of the following party or parties:
LEAH L. HAYNES fka LEAH DUNIGAN, as judgment creditor of HSD Trucking. Inc._____

On 11/22/2004_____(date), I was admitted to practice and presently in good standing in the
Washington State_____(court). A certificate of good standing from that court is
submitted in conjunction with this application. I have not been disbarred or formally censured by a court of
record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☒ I have not concurrently or within the year preceding this application made a pro hac vice
application to this court. (If you have made a pro hac vice application to this court within the last year, list
the name and case number of each matter in which an application was made, the date of application and
whether granted or denied.)

_____

_____

Date: 10/04/2021_____      Signature of Applicant: /s/   Adam C. Cox_____



**Pro Hac Vice Attorney**

Applicant's Name:          Adam C. Cox

Law Firm Name:          Law Offices of Harold D Carr

Address:          10136 Bridgeport Way SW

City:          Lakewood          State: WA          Zip: 98499

Phone Number w/Area Code: (253) 365-6565

City and State of Residence:  Seattle, WA

Primary E-mail Address:     adam@haroldcarrattorney.com

Secondary E-mail Address:   bethany@haroldcarrattorney.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:      William D. Burger, Jr.

Law Firm Name:          Strongin Burger, LLP

Address:          999 Corporate Dr., Suite 220

City:          Ladera Ranch          State: CA          Zip: 92694

Phone Number w/Area Code: (949) 529-2250          Bar # 234915

## <u>ORDER</u>

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

DATED:  10/22/2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE


American LegalNet, Inc.
www.FormsWorkFlow.com