

# United States District Court
# Eastern District of California

| Greenwich Insurance Company | Case Number: | 2:21-cv-01021 |

**Plaintiff(s)**

**V.**

| HSD Trucking, Inc., et al. |

**APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER**

**Defendant(s)**

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Robert A. Meyers hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiff Greenwich Insurance Company

on December 5, 1997 _____ (date), I was admitted to )ractice and presently in good standing in the USDC Western District, State of Washington_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I have • I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: September 30, 2021          Signature of Applicant: /s/ Robert A. Meyers

**Pro Hac Vice Attorney**

| | |
|---|---|
| **Applicant's Name:** | Robert A. Meyers |
| **Law Firm Name:** | **Clyde & CO US LLP** |
| **Address:** | **701 5th Ave Ste 4200** |
| **City:** | **Seattle**    State: **WA**    Zip: **98104-7047** |
| **Phone Number w/Area Code:** | **(206) 438-3980** |
| **City and State of Residence:** | **Seattle Washington** |
| **Primary E-mail Address:** | bob.meyers@clydeco.us |
| **Secondary E-mail Address:** | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| **Local Counsel's Name:** | **Alexander E. Potente** |
| **Law Firm Name:** | **Clyde & CO US LLP** |
| **Address:** | **Four Embarcadero Center, Suite 1350** |
| **City:** | **San Francisco**    State: **CA**    Zip: **94111** |
| **Phone Number w/Area Code:** | **(415) 365-9800**    Bar #    **208240** |

### ORDER

**The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.**

**Dated:  November 9, 2021**

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE