1  **MICHAEL R. BARRETTE (SBN 89017)**
   **KIMBERLY A. CASTILLO (SBN 331702)**
2  **ATTORNEY AND COUNSELOR AT LAW**
   **1168 Live Oak Blvd.**
3  **Yuba City, CA 95991**
   **(530) 674-5996 – Telephone**
4  **(530) 674-7886 – Facsimile**
   mbarrettelaw@yahoo.com
5  kascastillolaw@gmail.com
   mbarrettestaff@gmail.com
6

7  Attorney for Defendant HSD TRUCKING, INC.

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10                         SACRAMENTO DIVISION

| | |
|---|---|
| **GREENWICH INSURANCE COMPANY,** a Delaware corporation, | **CASE NO.: 2:21-CV-01021-MCE-CKD** |
| Plaintiff, | |
| vs. | **STIPULATION TO SET ASIDE DEFAULT and ORDER THEREON** |
| **HSD TRUCKING, INC.,** a California corporation; and **LEAH L. HAYNES fka LEAH DUNIGAN,** as judgment creditor of HSD Trucking, Inc., a resident of Washington state, | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between Plaintiff Greenwich Insurance Company and Defendant HSD Trucking, Inc., through their respective attorneys of record, as follows:

   1. That the Notice of Default entered on November 2, 2021 Entry of Default against defendants HSD TRUCKING, INC., a California corporation, be set aside;
   2. That the ORDER entered on November 2, 2021 against Defendants HSD TRUCKING, INC., a California corporation, be set aside;

---

LAW OFFICES OF                                        STIPULATION & ORDER TO
MICHAEL R. BARRETTE                                   SET ASIDE DEFAULT

                                1

3. That Defendants HSD TRUCKING, INC., a California corporation, have 30 days from the date of the order to file a responsive pleading to the Amended Complaint filed on October 5, 2021.

DATED: _____

/s/
_____
KIMBERLY A. CASTILLO, Attorney for Defendant, HSD TRUCKING, INC., a California corporation

DATED: _____

/s/
_____
ALEXANDER E. POTENTE, Attorney for Plaintiff, Greenwich Insurance Company, a Delaware corporation

The Court, having considered the Stipulation of the parties and the stated grounds therefor, and being fully advised in the matter:

**IT IS HEREBY ORDERED THAT:**

1. The Notice of Default entered on November 2, 2021 against defendants HSD TRUCKING, INC., a California corporation, is hereby set aside.

2. The Judgment entered on November 2, 2021 against Defendants HSD TRUCKING, INC., a California corporation, is hereby set aside.

3. Defendants HSD TRUCKING, INC., a California corporation, have 30 days for the date of entry of this order is electronically filred to file a responsive pleading.

IT IS SO ORDERED.

Dated: April 4, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE