ALEXANDER E. POTENTE, State Bar No. 208240
alex.potente@clydeco.us
CLYDE & CO US LLP
150 California Street, 15th Floor
San Francisco, California 94111
Telephone: (415) 365-9800
Facsimile: (415) 365-9801

Attorneys for Plaintiff
GREENWICH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| GREENWICH INSURANCE COMPANY, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HSD TRUCKING, INC., a California corporation; and LEAH L. HAYNES fka LEAH DUNIGAN, as judgment creditor of HSD Trucking, Inc., a resident of Washington state,<br><br>　　　　　Defendants. | Case No. 2:21-cv-01021-MCE-CKD<br><br>**[The Hon. Morrison C. England, Jr.]**<br><br>**ORDER ON STIPULATED DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]**<br><br>Action Filed:　June 8, 2021<br>Trial Date:　　Not Set |

　　　　Pursuant to the parties' Stipulated Dismissal With Prejudice Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(ii), the instant action is DISMISSED with prejudice.  The Clerk of the Court is directed to close this case.

　　　　IT IS SO ORDERED.

Dated:  August 31, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE